IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TYNIKA MUNN and BEAU OARE, Each Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SWEETIE BOY TRANSPORTATION, LLC<br><br>Defendant. | ) ) ) ) ) ) ) ) Case No: 3:22-cv-512-REP ) ) ) ) ) ) |

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an Auto Pilot for Sweetie Boy Transportation, LLC, on or after July 21, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for alleged unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Michael Nolan
_____
PRINTED NAME

3/23, 2023
_____
Date

**Krista Sheets, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**(501) 221-0088**
**krista@sanfordlawfirm.com**
**LEAD COUNSEL FOR PLAINTIFFS**

**IMPORTANT: RETURN FOR FILING BEFORE APRIL 27, 2023**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TYNIKA MUNN and BEAU OARE, Each Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>SWEETIE BOY TRANSPORTATION, LLC<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No: 3:22-cv-512-REP<br>)<br>)<br>)<br>)<br>) |

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an Auto Pilot for Sweetie Boy Transportation, LLC, on or after July 21, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for alleged unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Wade Waller
_____
PRINTED NAME

4/11_____, 2023
Date



Krista Sheets, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088
krista@sanfordlawfirm.com
LEAD COUNSEL FOR PLAINTIFFS

**IMPORTANT: RETURN FOR FILING BEFORE APRIL 27, 2023**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

TYNIKA MUNN and BEAU OARE, )
Each Individually and on Behalf )
of All Others Similarly Situated )
)
Plaintiffs, )
)
v. ) Case No: 3:22-cv-512-REP
)
SWEETIE BOY )
TRANSPORTATION, LLC )
)
Defendant. )
)

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an Auto Pilot for Sweetie Boy Transportation, LLC, on or after July 21, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for alleged unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Anthony L Weathers
_____
PRINTED NAME

4/10_____, 2023
Date

Krista Sheets, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088
krista@sanfordlawfirm.com
**LEAD COUNSEL FOR PLAINTIFFS**

**IMPORTANT: RETURN FOR FILING BEFORE APRIL 27, 2023**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date imprinted by the CM/ECF system, I electronically transmitted the foregoing document to the Clerk's Office for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and by email and/or First-Class Mail if non-registrants:

    Laura D. Windsor, Esq.
    Matthew T. Anderson, Esq.
    WILLIAMS MULLEN
    200 South 10th Street, Suite 1600
    Richmond, Virginia 23219
    Telephone: (804) 420-6466
    Facsimile: (804) 420-6507
    lwindsor@williamsmullen.com
    manderson@williamsmullen.com

                                                */s/ Krista Sheets*
                                               Krista Sheets