IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYNIKA MUNN, *et al.*.,
    Plaintiffs,

v.                              Civil Action No. 3:22-cv-00512 (REP)

SWEETIE BOY TRANSPORTATION, LLC,
    Defendant.

### ORDER RESCHEDULING SETTLEMENT CONFERENCE

The Court has **RESCHEDULED** the settlement conference in this case for **July 17, 2023** at **9:30 a.m.** At that time, the parties shall report to the chambers of Magistrate Judge Mark R. Colombell. The requirements set forth in the Court's previous Order Regarding Procedures for Settlement Conference (ECF No. 19) shall remain in effect.

The Clerk is directed to send a copy of this Order to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

/s/ MRC
Mark R. Colombell
United States Magistrate Judge

Richmond, Virginia
Date: April 24, 2023