IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

TYNIKA MUNN and BEAU OARE,    )
Each Individually and on Behalf    )
of All Others Similarly Situated    )
                                     )
    Plaintiffs,    )
                                     )
v.    )    Case No: 3:22-cv-512-REP
                                     )
SWEETIE BOY    )
TRANSPORTATION, LLC    )
                                     )
    Defendant.    )

## CONSENT TO JOIN COLLECTIVE ACTION

    I was employed as an Auto Pilot for Sweetie Boy Transportation, LLC, on or after July 21, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for alleged unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

SIGNATURE

Sandra Bryant
PRINTED NAME

2/24 , 2023
Date

**Krista Sheets, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**(501) 221-0088**
krista@sanfordlawfirm.com
*LEAD COUNSEL FOR PLAINTIFFS*

## IMPORTANT: RETURN FOR FILING BEFORE APRIL 27, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| TYNIKA MUNN and BEAU OARE, | ) | |
| Each Individually and on Behalf | ) | |
| of All Others Similarly Situated | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No: 3:22-cv-512-REP |
| | ) | |
| SWEETIE BOY | ) | |
| TRANSPORTATION, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an Auto Pilot for Sweetie Boy Transportation, LLC, on or after July 21, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for alleged unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Dennis Conover
_____
PRINTED NAME

03 / 15 / , 2023
Date

**Krista Sheets, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**(501) 221-0088**
krista@sanfordlawfirm.com
*LEAD COUNSEL FOR PLAINTIFFS*

**IMPORTANT: RETURN FOR FILING BEFORE APRIL 27, 2023**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

TYNIKA MUNN and BEAU OARE,    )
Each Individually and on Behalf    )
of All Others Similarly Situated    )
    )
    Plaintiffs,    )
    )
v.    )    Case No: 3:22-cv-512-REP
    )
SWEETIE BOY    )
TRANSPORTATION, LLC    )
    )
    Defendant.    )

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an Auto Pilot for Sweetie Boy Transportation, LLC, on or after July 21, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for alleged unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



Gregory Elysee
SIGNATURE

Gregory Elysee
PRINTED NAME

March 21, 2023
Date

**Krista Sheets, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**(501) 221-0088**
krista@sanfordlawfirm.com
*LEAD COUNSEL FOR PLAINTIFFS*

# IMPORTANT: RETURN FOR FILING BEFORE APRIL 27, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TYNIKA MUNN and BEAU OARE, ) | |
| Each Individually and on Behalf ) | |
| of All Others Similarly Situated ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No: 3:22-cv-512-REP |
| ) | |
| SWEETIE BOY ) | |
| TRANSPORTATION, LLC ) | |
| ) | |
| Defendant. ) | |

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an Auto Pilot for Sweetie Boy Transportation, LLC, on or after July 21, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for alleged unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Aquazia S Jones
_____
PRINTED NAME

March 22_____, 2023
Date



**Krista Sheets, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**(501) 221-0088**
krista@sanfordlawfirm.com
*LEAD COUNSEL FOR PLAINTIFFS*

## IMPORTANT: RETURN FOR FILING BEFORE APRIL 27, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| TYNIKA MUNN and BEAU OARE, | ) | |
| Each Individually and on Behalf | ) | |
| of All Others Similarly Situated | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No: 3:22-cv-512-REP |
| | ) | |
| SWEETIE BOY | ) | |
| TRANSPORTATION, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an Auto Pilot for Sweetie Boy Transportation, LLC, on or after July 21, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for alleged unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Randeisha J Jordan
PRINTED NAME

March 22 , 2023
Date

**Krista Sheets, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**(501) 221-0088**
krista@sanfordlawfirm.com
*LEAD COUNSEL FOR PLAINTIFFS*

# IMPORTANT: RETURN FOR FILING BEFORE APRIL 27, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

TYNIKA MUNN and BEAU OARE,     )
Each Individually and on Behalf )
of All Others Similarly Situated )
                                )
            Plaintiffs,         )
                                )
v.                              )          Case No: 3:22-cv-512-REP
                                )
SWEETIE BOY                     )
TRANSPORTATION, LLC             )
                                )
            Defendant.          )

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an Auto Pilot for Sweetie Boy Transportation, LLC, on or after July 21, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for alleged unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

George Messinger
PRINTED NAME

3 | 13            , 2023
Date

**Krista Sheets, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**(501) 221-0088**
krista@sanfordlawfirm.com
*LEAD COUNSEL FOR PLAINTIFFS*

# IMPORTANT: RETURN FOR FILING BEFORE APRIL 27, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

TYNIKA MUNN and BEAU OARE,       )
Each Individually and on Behalf   )
of All Others Similarly Situated  )
                                  )
          Plaintiffs,             )
                                  )
v.                                )      Case No: 3:22-cv-512-REP
                                  )
SWEETIE BOY                       )
TRANSPORTATION, LLC               )
                                  )
          Defendant.              )

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an Auto Pilot for Sweetie Boy Transportation, LLC, on or after July 21, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for alleged unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_Laurence Myers_
SIGNATURE

LAWRENCE A. MYERS - ~~Rodney B Myers~~
PRINTED NAME

MARCH 23, 2023
Date





**Krista Sheets, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**(501) 221-0088**
**krista@sanfordlawfirm.com**
*LEAD COUNSEL FOR PLAINTIFFS*

# IMPORTANT: RETURN FOR FILING BEFORE APRIL 27, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

TYNIKA MUNN and BEAU OARE,       )
Each Individually and on Behalf  )
of All Others Similarly Situated )
                                 )
        Plaintiffs,              )
                                 )
v.                               )     Case No: 3:22-cv-512-REP
                                 )
SWEETIE BOY                      )
TRANSPORTATION, LLC              )
                                 )
        Defendant.               )

## CONSENT TO JOIN COLLECTIVE ACTION

    I was employed as an Auto Pilot for Sweetie Boy Transportation, LLC, on or after July 21, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for alleged unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



_Kenneth E. Wagstaff_
SIGNATURE

Kenneth E Wagstaff
PRINTED NAME

_22 February_ , 2023
Date

**Krista Sheets, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**(501) 221-0088**
krista@sanfordlawfirm.com
*LEAD COUNSEL FOR PLAINTIFFS*

# IMPORTANT: RETURN FOR FILING BEFORE APRIL 27, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

TYNIKA MUNN and BEAU OARE,  )
Each Individually and on Behalf  )
of All Others Similarly Situated  )
                              )
         Plaintiffs,          )
                              )
v.                            )       Case No: 3:22-cv-512-REP
                              )
SWEETIE BOY                   )
TRANSPORTATION, LLC           )
                              )
         Defendant.           )

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an Auto Pilot for Sweetie Boy Transportation, LLC, on or after July 21, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for alleged unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

Denise Ward
SIGNATURE

Denise C Ward
PRINTED NAME

3/24/2023        , 2023
Date





**Krista Sheets, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**(501) 221-0088**
krista@sanfordlawfirm.com
*LEAD COUNSEL FOR PLAINTIFFS*

IMPORTANT: RETURN FOR FILING BEFORE APRIL 27, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

TYNIKA MUNN and BEAU OARE,  )
Each Individually and on Behalf  )
of All Others Similarly Situated  )
                                )
        Plaintiffs,             )
                                )
v.                              )        Case No: 3:22-cv-512-REP
                                )
SWEETIE BOY                     )
TRANSPORTATION, LLC             )
                                )
        Defendant.              )

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an Auto Pilot for Sweetie Boy Transportation, LLC, on or after July 21, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for alleged unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



SIGNATURE

Sara L Mayer
PRINTED NAME

April 20th , 2023
Date



**Krista Sheets, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**(501) 221-0088**
krista@sanfordlawfirm.com
*LEAD COUNSEL FOR PLAINTIFFS*

# IMPORTANT: RETURN FOR FILING BEFORE APRIL 27, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

TYNIKA MUNN and BEAU OARE,  )
Each Individually and on Behalf  )
of All Others Similarly Situated  )
                                                      )
           Plaintiffs,                         )
                                                      )
v.                                                   )          Case No: 3:22-cv-512-REP
                                                      )
SWEETIE BOY                              )
TRANSPORTATION, LLC          )
                                                      )
           Defendant.                        )

## CONSENT TO JOIN COLLECTIVE ACTION

        I was employed as an Auto Pilot for Sweetie Boy Transportation, LLC, on or after July 21,
2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for alleged
unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford
Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Genevieve R Motley- Lloyd
PRINTED NAME

_____, 2023
Date

**Krista Sheets, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**(501) 221-0088**
krista@sanfordlawfirm.com
*LEAD COUNSEL FOR PLAINTIFFS*



## IMPORTANT: RETURN FOR FILING BEFORE APRIL 27, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

TYNIKA MUNN and BEAU OARE,       )
Each Individually and on Behalf  )
of All Others Similarly Situated )
                                 )
        Plaintiffs,              )
                                 )
v.                               )        Case No: 3:22-cv-512-REP
                                 )
SWEETIE BOY                      )
TRANSPORTATION, LLC              )
                                 )
        Defendant.               )

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an Auto Pilot for Sweetie Boy Transportation, LLC, on or after July 21, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for alleged unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Joseph Schauer
_____
PRINTED NAME

4 - 20_____, 2023
Date

**Krista Sheets, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**(501) 221-0088**
krista@sanfordlawfirm.com
*LEAD COUNSEL FOR PLAINTIFFS*

# IMPORTANT: RETURN FOR FILING BEFORE APRIL 27, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

TYNIKA MUNN and BEAU OARE,                  )
Each Individually and on Behalf             )
of All Others Similarly Situated            )
                                            )
      Plaintiffs,                          )
                                            )
v.                                          )     Case No: 3:22-cv-512-REP
                                            )
SWEETIE BOY                                 )
TRANSPORTATION, LLC                         )
                                            )
      Defendant.                           )

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an Auto Pilot for Sweetie Boy Transportation, LLC, on or after July 21, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for alleged unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Joshua Carter_____
PRINTED NAME

April 27, 2023_____
Date

Krista Sheets, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Parkway, Suite 510**
**Little Rock, Arkansas 72211**
**(501) 221-0088**
krista@sanfordlawfirm.com
*LEAD COUNSEL FOR PLAINTIFFS*

# IMPORTANT: RETURN FOR FILING BEFORE APRIL 27, 2023

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the date imprinted by the CM/ECF system, I electronically transmitted the foregoing document to the Clerk's Office for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and by email and/or First-Class Mail if non-registrants:

> Laura D. Windsor, Esq.
> Matthew T. Anderson, Esq.
> WILLIAMS MULLEN
> 200 South 10th Street, Suite 1600
> Richmond, Virginia 23219
> Telephone: (804) 420-6466
> Facsimile: (804) 420-6507
> lwindsor@williamsmullen.com
> manderson@williamsmullen.com

> */s/ Krista Sheets*
> Krista Sheets