IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TYNIKA MUNN and BEAU OARE, Each Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SWEETIE BOY TRANSPORTATION, LLC<br><br>Defendant. | Case No: 3:22-cv-512-REP |

## MOTION TO WITHDRAW–ATTORNEY KRISTA SHEETS

Attorney Krista Sheets, an attorney of record herein, for her Motion to Withdraw as counsel for Plaintiffs, states as follows:

1. The undersigned resigned as a full-time member of the Sanford Law Firm, PLLC, effective March 31, 2023.

2. Sean Short of the Sanford Law Firm, PLLC, and Melisa Azak of Commonwealth Law Group, who have entered an appearance herein, will remain counsel for Plaintiffs.

3. Plaintiffs have been advised as to Attorney Sheets' withdrawal.

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Krista Sheets withdrawn and terminated as counsel for Plaintiffs.

Respectfully submitted,

**ATTORNEY KRISTA SHEETS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Krista Sheets*
Krista Sheets
Va. Bar No. 97730
krista@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date imprinted by the CM/ECF system, I electronically transmitted the foregoing document to the Clerk's Office for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and by email and/or First-Class Mail if non-registrants:

Laura D. Windsor, Esq.
Matthew T. Anderson, Esq.
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6466
Facsimile: (804) 420-6507
lwindsor@williamsmullen.com
manderson@williamsmullen.com

*/s/ Krista Sheets*
Krista Sheets