IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| TYNIKA MUNN and BEAU OARE, Each Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>SWEETIE BOY TRANSPORTATION, LLC<br><br>   Defendant. | Case No: 3:22-cv-512-REP |

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY**

Now on the date set forth below, upon review of Attorney Krista Sheets's Motion to Withdraw as Attorney, this Court orders as follows:

1. Ms. Sheets's Motion to Withdraw as Attorney is hereby GRANTED.

DATED this __ day of May, 2023.

                _____
                HON. ROBERT E. PAYNE
                UNITED STATES DISTRICT JUDGE

Page 1 of 1
**Tynika Munn, et al. v. Sweetie Boy Transportation, LLC**
**U.S.D.C. (E.D. Va.) Case No. 3:22-cv-512-REP**
**Order Granting Motion to Withdraw as Attorney**