IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYNIKA MUNN, et al.,
Each Individually and on
Behalf of All Others
Similarly Situated,

    Plaintiffs,

v.                              Civil Action No. 3:22cv512

SWEETIE BOY
TRANSPORTATION, LLC,

    Defendant.

**ORDER**

Having considered the MOTION TO WITHDRAW – ATTORNEY KRISTA SHEETS (ECF No. 46), and for good cause shown, it is hereby ORDERED that the MOTION TO WITHDRAW – ATTORNEY KRISTA SHEETS (ECF No. 46) is granted. It is further ORDERED that the Clerk shall remove Krista Sheets, Esquire as counsel of record for the plaintiffs.

It is so ORDERED.

                                                 /s/
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: May 17, 2023